JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LOPEZ**, <br> Plaintiff, <br> v. <br> **ERNESTO JAUREGUI**; <br> **ROSA M. JAUREGUI;** <br> **LA PLAYITA AUTO SALES,** <br> **INC.**, a California Corporation; <br> and Does 1-10, <br> Defendants | Case: 2:17-CV-08025-RGK-AGR <br><br> **ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 25, 2019   *[signature: Gary Klausner]*
          ──────────────────────────
          HONORABLE R. GARY KLAUSNER
          UNITED STATES DISTRICT JUDGE

1